```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL ROJAS, et al.,

        Plaintiffs,

-against-

PJ BERSTEIN DELI CORP., et al.,

        Defendants.

18-CV-2569 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    The parties' deadline to submit the papers required by the Court's Order dated May 6, 2019 (May 6 Order) (Dkt. No. 78) is EXTENDED to **June 14, 2019**. All other provisions of the May 6 Order remain in effect.

Dated:  New York, New York
          June 4, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**